UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND,
SCOTT J. REDMAN (in his capacity as Trustee),

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS APPRENTICESHIP
& TRAINING FUND, WISCONSIN LABORERS
DRUG FUND, WISCONSIN LABORERS
INDUSTRY ADVANCEMENT PROGRAM FUND,
BUILDING AND PUBLIC WORKS VACATION
FUND, and JOHN J. SCHMITT (in his capacity
as Trustee),

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN LABORERS DISTRICT COUNCIL,

           Plaintiffs,

v.                                          Case No. 18-cv-977

IVERSON CONSTRUCTION, LLC
LARRY IVERSON and
RICHARD IVERSON,

           Defendants.

---

## AMENDED ORDER AND ENTRY OF JUDGMENT
## AS TO DEFENDANT IVERSON CONSTRUCTION, LLC

---

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Iverson Construction, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Iverson Construction, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. Due to Defendant's failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, fees, and costs.

4. Unpaid contributions, interest, and liquidated damages owed to Plaintiffs total $282,919.41.

5. Plaintiffs' attorney fees for the above-captioned manner total $1,764.00

6. Plaintiffs' costs of prosecution total ~~$797.52~~ $460.00

7. The Court assesses the total damages to the Plaintiffs in the sum of ~~$285,480.93~~ $285,143.41

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Scott J. Redman (in his capacity as Trustee), Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers Apprenticeship and Training Fund, Building and Public Works Laborers Vacation Fund, John J. Schmitt (in his capacity as Trustee), Wisconsin Laborers Drug Fund, Industry Advancement Program Fund, Wisconsin Laborers District Council, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund

and against Defendant Iverson Construction, LLC in the amount of ~~$285,480.93~~ $285,143.41 together with interest at the rate allowed by law.

Dated this 17TH day of SEPTEMBER, 2019

*[signature]*
U. S. District Court Judge