IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, SCOTT J. REDMAN, in his
capacity as Trustee, WISCONSIN LABORERS
HEALTH FUND, WISCONSIN LABORERS
PENSION FUND, WISCONSIN LABORERS
APPRENTICESHIP & TRAINING FUND,
WISCONSIN LABORERS DRUG FUND,
WISCONSIN LABORERS INDUSTRY
ADVANCEMENT PROGRAM FUND,
BUILDING AND PUBLIC WORKS
VACATION FUND, JOHN J. SCHMITT, in his
capacity as Trustee, WISCONSIN LABORERS-
EMPLOYERS COOPERATION AND
EDUCATION TRUST FUND, and
WISCONSIN LABORERS DISTRICT
COUNCIL,

Case No. 18-cv-977-jdp

  Plaintiffs,

 v.

IVERSON CONSTRUCTION, LLC

  Defendant.

## **DEFAULT JUDGMENT**

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs against defendant Iverson Construction, LLC in the amount of $285,143.41 together with interest at the rate allowed by law.

| | |
|---|---|
| s/ A. Wiseman, Deputy Clerk | 9/19/2019 |
| Peter Oppeneer, Clerk of Court | Date |